# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-0378-06-CR-W-GAF |
| ) | |
| JULIANNE MARIE SAVONA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 2, 2014, defendant entered a plea of guilty to Counts One, Two and Eight of the Indictment before United States Magistrate Judge Robert E. Larsen. On October 3, 2014, Judge Larsen issued his Report and Recommendation (Doc. #144).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The parties will be advised of the date of the sentencing hearing. SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 20, 2014